An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

GARY WADALE BLALOCK,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63022

**FILED**

JUN 0 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a purported district court order denying a motion "to correct an illegal sentence" entered on March 14, 2013. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

The district court docket and minute entries indicate that the district court did not enter an order denying such a motion on March 14, 2013. Rather, it appears that on that date the district court orally denied a motion for an amended judgment of conviction. Because no statute or court rule authorizes an appeal from a district court order denying a motion for an amended judgment of conviction, we lack jurisdiction. *See Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Therefore, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

13-16168

cc:    Hon. Valerie Adair, District Judge
        Kocka & Bolton
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk
        Gary Wadale Blalock